1  **JOE HILL**
   **HILL LAW OFFICES**
2  P.O. Box 500917
   Saipan, MP 96950
3  Tel.: (670) 234-6806/7743
   Fax:  (670) 234-7753

Attorney for Plaintiffs-In-Intervention

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff,<br>v.<br><br>L&T INTERNATIONAL CORPORATION, L&T GROUP OF COMPANIES, LTD., TAN HOLDINGS CORPORATION, TAN HOLDINGS OVERSEAS INCORPORATED, CONCORDE GARMENT MANUFACTURING CORPORATION, and DOES 1-5, Inclusive,<br>    Defendants.<br><br>ABELLANOSA, JOANNA, ET AL.,<br>    Plaintiffs-In-Intervention. | **Case No. CV 07-0029**<br><br>**NOTICE OF APPEARANCE** |

**NOTICE** is hereby given of the appearance of Joe Hill, Esq., as counsel for Plaintiffs-In-Intervention in the above-entitled matter. Please serve and deliver all noticces, pleadings and all documents concerning this matter to and on counsel at the above address.

**DATED**  this 23rd day of January, 2008.

/s/_____
**JOE HILL**
Attorney for Plaintiffs-In-Intervention