1   **JOE HILL**
    **HILL LAW OFFICES**
2   P.O. Box 500917
    Saipan, MP 96950
3   Tel.: (670) 234-6806/7743
    Fax:  (670) 234-7753
4
    Attorney for Plaintiffs-In-Intervention
5
                    **UNITED STATES DISTRICT COURT**
6                              **FOR THE**
7                   **NORTHERN MARIANA ISLANDS**

8   **U.S. EQUAL EMPLOYMENT**
    **OPPORTUNITY COMMISSION,**
9
                    Plaintiff,                    **Case No. CV 07-0029**
10
            **v.**
11
    **L & T   I N T E R N A T I O N A L**         **DECLARATION IN SUPPORT OF**
12  **CORPORATION, L&T GROUP OF**                 **MOTION   FOR   LEAVE   TO**
    **C O M P A N I E S ,   L T D . ,   T A N**   **INTERVENE**
13  **HOLDINGS CORPORATION, TAN**
    **H O L D I N G S   O V E R S E A S**
14  **INCORPORATED, CONCORDE**
    **GARMENT MANUFACTURING**
15  **CORPORATION, and DOES 1-5,**
    **Inclusive,**
16
                    Defendants.
17
    **ABELLANOSA, JOANNA, ET AL.,**
18
                    Plaintiffs-In-Intervention.
19

20          I, **JOE HILL**, hereby declare as follows:

21          1.  I am over the age of eighteen years old, have personal knowledge of the facts set

22  forth herein, am competent to testify as to these facts , and if called would testify as stated

23  herein.

JOE HILL
Attorney at Law
Hill Law Offices ~ Susupe
P.O. Box 500917 ~ Saipan MP 96950 ~ (670) 234-6806/7743 ~ FAX: 234-7753

1    2.  I am the attorney for Plaintiffs-In-Intervention in the above-entitled case.

2    3.  On or about May 17, 2004, the Plaintiffs-In-Intervention timely filed their charge

3  with the EEOC.

4    4.  On September 12, 2007, Plaintiff EEOC, the federal agency charged with the

5  administration, interpretation and enforcement of Title VII, brought the instant action on

6  behalf of Marlou Aranda and a class of 81 additional Charging Parties pursuant to Title VII

7  of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991, to

8  correct unlawful employment practices on the basis of national origin and to provide

9  appropriate relief.

10    5.  Shortly thereafter, I informed counsels for Defendants of Intervenors' intention to

11  intervene and file a complaint herein. Likewise I informed counsel for EEOC of the said intent

12  to intervene and file a complaint in intervention.

13    6.  Plaintiffs-In-Intervention have the right to intervene in the instant action pursuant

14  to Title VII of the Civil Rights Act of 1964, as amended, Title I of the Civil Rights Act of

15  1991, and Fed. R. Civ. P., Rule 24.

16    7.   On January 23, 2008, counsel for Plaintiffs-In-Intervention caused a true and

17  correct copy of the Notice and Motion for Leave to Intervene and proposed Complaint-In-

18  Intervention to be electronically filed and served on Defendants' counsels, Steven P. Pixley

19  and Colin M. Thompson. Likewise my office staff also filed and served a true and correct

20  copy of the Notice and Motion for Leave to Intervene and proposed Complaint-In-Intervention

21  on Greg McClinton, the counsel for EEOC.

22

23

1    8.  Plaintiffs-In-Intervention bring their claims against all Defendants pursuant to the

2    Civil Rights Act of 1964, as amended, Title I of the Civil Rights Act of 1991, FLSA, MWHA

3    and the NWA.

4    9. The Court has jurisdiction over Plaintiffs-In-Intervention's claims pursuant to

5    Section 706(1) and (3) and 707 of Title VII of the Civil Rights Act of 1964, as amended,

6    Section 102 of Title I of the Civil Rights Act of 1991.

7    10. The Court also has jurisdiction over Plaintiffs-In-Intervention's FLSA claims

8    under 28 U.S.C. § 1331, and as proceeding arising under an Act of Congress regulating

9    commerce pursuant to 28 U.S.C. § 1337(a).

10    11.  Finally, the Court has jurisdiction over Plaintiffs-In-Intervention's wage claims

11    pursuant to 29 U.S.C. § 219(b) and Section 207 (a) and jurisdiction over Plaintiffs-In-

12    Intervention's pendent state claims pursuant to 28 U.S.C. § 1367.

13    12. A copy of the complaint-in-intervention of the Plaintiffs-In-Intervention is attached

14    hereto and filed concurrently with this motion to intervene.

15    I declare under penalty of perjury that the foregoing is true and correct and that this

16    declaration was executed this 23rd day of January, 2008, in Saipan, Commonwealth of the

17    Northern Mariana Islands.

18

19                                             /s/_____

20                                              **JOE HILL**
                                                Declarant

21

22

23

Page 3 of  3