# CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008, I filed and served copy of the Notice and Motion for Leave to Intervene and proposed Complaint-In-Intervention via e-filing/service on Defendants' counsels, Steven P. Pixley and Colin M. Thompson and on counsel for EEOC, Greg McClinton.

_____
Yang, Li

JOE HILL
Attorney at Law
Hill Law Offices ~ Susupe
P.O. Box 500917 ~ Saipan MP 96950 ~
TEL: (670) 234-6806/7743 ~ FAX: (670) 234-7753