JOE HILL
Attorney at Law
Hill Law Offices ~ Susupe
P.O. Box 500917 ~ Saipan MP 96950 ~
TEL: (670) 234-6806/7743 ~ FAX: (670) 234-7753

1    PLAINTIFFS-IN-INTERVENTION

2    1). ABELLANOSA, JOANNA
     2). ALVARADO, MARISA
3    3). ANTATICO, NORA
     4). APIT, LOLY
4    5). AQUINO, RUSSEL
5    6). ARANDA, MARLOU
     7). ARCEGA, PRECILLA
6    8). ASIA, ANGELITA
     9). BAAY, CRISTINA
7    10). BALBIDO, MARISSA
     11). BALCITA, AMALIA
8    12). BALICHA, ESTELITA
9    13). BANAAG, EVELYN
     14). BANGUILAN, TERESITA
10   15). BANTILLO, DELMA
     16). BASTO, ZENAIDA
11   17). BAUTISTA, CONSOLITA
     18). BERNARDINO, EVA
12   19). BUTIC, TERESITA
     20). CABANIT, ANASTACIA
13   21). CAPACITE, EMERITA
     22). CARAIT, RUBY
14   23). CAVA, MARITA
     24). CHAVEZ, EVANGELINE
15   25). CONCEPCION, ANDREA
     26). CONTEMPLACION, NELIDA
16   27). CORREA, HAIDE
17   28). CRUZ, AGNES
     29). CRUZ, HELEN
18   30). DELA CRUZ, ROSARIO
19   31). DELOS SANTOS, ELENA
     32). DOMINE, CORAZON
20   33). DUGAY, NOMIELAIDA
     34). FAJARDA, AMELITA
21   35). GADIANE, MARILYN
     36). GASES, NENITA
22   37). GELERA, EIREEN
     38). GONZALES, GUADALUPE
23   39). HERNANDEZ, WENDELINE

APPENDIX  "A"

40). INOPIQUEZ, ROSALINDA

41). LADIA, VICTORIA

42). LEJANO, ANGELA

43). LOZANO, NELIA

44). MACLANG, MARIDETH

45). MAGNAYE, BEATRIZ

46). MANZANILLA, EDELITA

47). MATEO, MARLA

48). MENDOZA, BELINDA

49). MIRANDA, AMALIA

50). MOLINA, ELIZABETH

51). MONSALUD, EVA

52).. NABOR, CELESTINA

53). NAVIDA, MARICHU

54). NIMO, EULALIA

55). NIPAYA, LEONILA

56). NISPEROS, JENITA

57). NUEVA, MARITESS

58). OLERMO, RUBY

59). PANGAN, MARITA

60). PANGELINAN, TERESITA

61). PASCUA, DYNA

62). PASCUAL, MYRNA

63). PELEGRINO, ADORACION

64). PERFECTO, CHARITO

65). POMAREJOS, GLORIA

66). QUIPOT, MERCIA

67). RELEVANTE, ADORA MAE

68). REYES, AMELIA

69). SALVADOR, JANNA

70). SAPIANDANTE, MILA

71). SORIANO, MARIETTA

72). TAPIADOR, TERESA

73). TEBERIO, JESSICA

74). TOBIAS, JOCELYN

75). VALDOZ, SHEROWIN

76). VILLANUEVA, MARIBEL

JOE HILL
Attorney at Law
Hill Law Offices ~ Susupe
P.O. Box 500917 ~ Saipan MP 96950 ~
TEL: (670) 234-6806/7743 ~ FAX: (670) 234-7753