## PLAINTIFFS-IN-INTERVENTION

1). ABELLANOSA, JOANNA
2). ALVARADO, MARISA
3). ANTATICO, NORA
4). APIT, LOLY
5). AQUINO, RUSSEL
6). ARANDA, MARLOU
7). ARCEGA, PRECILLA
8). ASIA, ANGELITA
9). BAAY, CRISTINA
10). BALBIDO, MARISSA
11). BALCITA, AMALIA
12). BALICHA, ESTELITA
13). BANAAG, EVELYN
14). BANGUILAN, TERESITA
15). BANTILLO, DELMA
16). BASTO, ZENAIDA
17). BAUTISTA, CONSOLITA
18). BERNARDINO, EVA
19). BUTIC, TERESITA
20). CABANIT, ANASTACIA
21). CAPACITE, EMERITA
22). CARAIT, RUBY
23). CAVA, MARITA
24). CHAVEZ, EVANGELINE
25). CONCEPCION, ANDREA
26). CONTEMPLACION, NELIDA
27). CORREA, HAIDE
28). CRUZ, AGNES
29). CRUZ, HELEN
30). DELA CRUZ, ROSARIO
31). DELOS SANTOS, ELENA
32). DOMINE, CORAZON
33). DUGAY, NOMIELAIDA
34). FAJARDA, AMELITA
35). GADIANE, MARILYN
36). GASES, NENITA
37). GELERA, EIREEN
38). GONZALES, GUADALUPE
39). HERNANDEZ, WENDELINE

JOE HILL
Attorney at Law
Hill Law Offices ~ Susupe
P.O. Box 500917 ~ Saipan MP 96950 ~
TEL: (670) 234-6806/7743 ~ FAX: (670) 234-7753

APPENDIX "A"

JOE HILL
Attorney at Law
Hill Law Offices ~ Susupe
P.O. Box 500917 ~ Saipan MP 96950 ~
TEL: (670) 234-6806/7743 ~ FAX: (670) 234-7753

40). INOPIQUEZ, ROSALINDA
41). LADIA, VICTORIA
42). LEJANO, ANGELA
43). LOZANO, NELIA
44). MACLANG, MARIDETH
45). MAGNAYE, BEATRIZ
46). MANZANILLA, EDELITA
47). MATEO, MARLA
48). MENDOZA, BELINDA
49). MIRANDA, AMALIA
50). MOLINA, ELIZABETH
51). MONSALUD, EVA
52).. NABOR, CELESTINA
53). NAVIDA, MARICHU
54). NIMO, EULALIA
55). NIPAYA, LEONILA
56). NISPEROS, JENITA
57). NUEVA, MARITESS
58). OLERMO, RUBY
59). PANGAN, MARITA
60). PANGELINAN, TERESITA
61). PASCUA, DYNA
62). PASCUAL, MYRNA
63). PELEGRINO, ADORACION
64). PERFECTO, CHARITO
65). POMAREJOS, GLORIA
66). QUIPOT, MERCIA
67). RELEVANTE, ADORA MAE
68). REYES, AMELIA
69). SALVADOR, JANNA
70). SAPIANDANTE, MILA
71). SORIANO, MARIETTA
72). TAPIADOR, TERESA
73). TEBERIO, JESSICA
74). TOBIAS, JOCELYN
75). VALDOZ, SHEROWIN
76). VILLANUEVA, MARIBEL