# LIST OF CONDITIONAL TRANSFEREES

1. Aquino, Russel
2. Baay, Cristina
3. Balicha, Estelita E.
4. Bantillo, Delma B.
5. Basto, Zenaida G.
6. Butic, Teresita, M.
7. Capacite, Emerita B.
8. Fajarda, Amelita S.
9. Gadiane, Marilyn J.
10. Gonzales, Guadalupe F.
11. Hernandez, Wendelyn M.
12. Ladia, Victoria T.
13. Lozano, Nelia D.
14. Mateo, Marla F.
15. Molina, Elizabeth
16. Nabor, Celestina
17. Navida, Marichu
18. Nimo, Eulalia
19. Pangan, Marita
20. Pangelinan, Teresita
21. Pomarejos, Gloria
22. Quipot, Mercia
23. Tapiador, Teresa
24. Teberio, Jessica
25. Villanueva, Maribel

EXHIBIT "2"