Commonwealth of the Northern Mariana Islands
DEPARTMENT OF LABOR
P.O. Box 10007, Saipan, MP 96950

## DECLARATION OF ACCEPTING EMPLOYER

I, __JOAQUIN S. TORRES__ of __L&T INTERNATIONAL CORP.__, located in the CNMI,
(NAME OF AUTHORIZED SIGNATORY)   (CORPORATION/BUSINESS NAME)
declare under penalty of perjury that I knowingly and freely accept the transfer of employment of __MR. MA. RUSSEL D. AQUINO__, of the _____, from
(NAME OF EMPLOYEE)   (COUNTRY OF ORIGIN)
__E. CABRERA__ the Employer of Record. Furthermore, I hereby declare that I will assume all duties, responsibilities, obligations, etc., of an Employer of Non-resident Worker as required and provided under the Non-resident Workers Act, Minimum Wage and Hour Act and the CNMI Alien Labor Rules and Regulations, C.R. Vol. 10, No. 4 (April 15, 1988), et seq. Furthermore, I hereby declare that the above named transferee will be under my employment as a __PACKAGER HAND__ and that I will be responsible for the payment of all applicable fees to effectuate this Transfer and that I knowingly assume all liabilities.

Entry Permit No. _____   Surety Bond Co./No. _____

## CONDITIONAL GRANT OF TRANSFER

The transfer of the employee __MA. RUSSEL AQUINO__
to __L&T INTERNATIONAL CORP.__, Accepting Employer
is hereby **CONDITIONALLY GRANTED** as of this date pursuant to Section 3(b) of Public Law No. 11-6 and Section 5 (b) of P.L. 12-11, to perform services in the job category of __PACKAGER HAND__.
The Employee's Work Days and Hours shall be __MONDAYS__ to __FRIDAYS__, from __9am__ to __6pm__, for a total of __40__ hours per week.

Compensation: In consideration of the services to be performed by the Employee, the Employer agrees to pay the Employee compensation in the amount of:
1. $ __3.05__ per __HR__ and
2. $ __1.5%__ per __OT__ for overtime compensation payable by check in bi-weekly intervals.
3. Other compensation, specify amount and method of calculation.

**All other contract provisions, obligations and restrictions** including **termination** of employment shall be controlled by the terms and conditions of the attached employment contract signed by the employer and employee.

Both the Accepting Employer and the Employee understand this conditional transfer / accompanying application shall be **denied later** should the Accepting employer **fail to comply with all requirements** of law, regulation and policy **within the standard time allowed** in order to obtain a Work/Entry Permit. Should the application be denied or should either the employee or Accepting Employer terminate the employment relationship, the Accepting Employer shall be liable for/required to purchase a one-way ticket to the employee's original point of recruitment outside the Commonwealth and the employee shall depart on the next available flight.

If the application is denied by the Division, this conditional transfer will also expire the same day of denial issuance. However, if for any reason the application is neither approved nor denied by the Division, this conditional transfer shall expire one year from the date the conditional transfer is approved.

Date: __3/16/04__                                            Date: __3/16/04__

__JOAQUIN S. TORRES__                                __MA. RUSSEL AQUINO__
Accepting Employer: Print Name and Sign      Employee: Print Name and Sign
Title: _____

IN WITNESS WHEREOF, I hereunto set my hand and official seal this __16th__ day of __MARCH__, 2004.

VERTILIA ELENA C. LEON GUERRERO
Notary Public
Commonwealth of the Northern Mariana Islands
My commission expires on the
__14th__ day of __February__, 20__06__.

_____                                  _Vertilia C. Leon Guerrero_
Approval Date                                                NOTARY PUBLIC

                                                                    Director of Labor/Designee

EXHIBIT "3"