# LIST OF CONSENSUAL TRANSFEREES

1. Abellanosa, Joanna B.
2. Alvarado, Marissa A.
3. Antatico, Nora T.
4. Apit, Loly L.
5. Aranda, Marlou C.
6. Arcega, Prescilla V.
7. Asia, Angelita M.
8. Balbido, Marissa G.
9. Balcita, Amalia P.
10. Banaag, Evelyn J.
11. Banguilan, Teresita D.
12. Bautista, Consolita T.
13. Bernardino, Eva G.
14. Cabanit, Anastacia A.
15. Carait, Ruby B.
16. Cava, Maratita A.
17. Chavez, Evangeline G.
18. Concepcion, Andrea M.
19. Contemplacion, Nelida D.
20. Correa, Haide C.
21. Cruz, Agnes A.
22. Cruz, Helen L.
23. Dela Cruz, Ma. Rosario R.
24. Delos Santos, Elena O.
25. Domine, Corazon A.
26. Dugay, Nomielaida, W.
27. Gases, Nenita D.
28. Gelera, Eireen C.
29. Inopiquez, Rosalina A.
30. Lejano, Angel B.

EXHIBIT "4"

31. Maclang, Marideth L.
32. Magnaye, Beatriz M.
33. Manzanilla, Edelita C.
34. Mendoza, Belinda A.
35. Miranda, Amalia M.
36. Mansalud, Eva U.
37. Nipaya, Leonila A.
38. Nisperos, Jenita A.
39. Nueva, Maritess A.
40. Olermo, Ruby T.
41. Pascua, Dyna C.
42. Pascual, Myrna M.
43. Pelegrino, Adoracion H.
44. Perfecto, Charito F.
45. Relevante, Adora Mae
46. Reyes, Amalia J.
47. Salvador, Janna J.
48. Sapiandante, Mila M.
49. Soriano, Marietta DLC
50. Tobias, Jocelyn L.
51. Valdoz, Sherowin C.