## PLAINTIFFS WHO PAID BOTH PHYSICAL EXAMINATION AND HEALTH CLEARANCE FEES

1. Alvarado, Marissa A.
2. Arcega, Prescilla V.
3. Baay, Cristina
4. Balbido, Marissa G.
5. Banaag, Evelyn J.
6. Bantillo, Delma B.
7. Balicha, Estelita E.
8. Basto, Zenaida G.
9. Butic, Teresita, M.
10. Capacite, Emerita B.
11. Cava, Maratita A.
12. Chavez, Evangeline G.
13. Contemplacion, Nelida D.
14. Correa, Haide C.
15. Dugay, Nomielaida, W.
16. Fajarda, Amelita S.
17. Gases, Nenita D.
18. Gonzales, Guadalupe F.
19. Maclang, Marideth L.
20. Manzanilla, Edelita C.
21. Mendoza, Belinda A.
22. Monsalud, Eva U.
23. Nipaya, Leonila A.
24. Pascua, Dyna C.
25. Pelegrino, Adoracion H.
26. Reyes, Amalia J.
27. Salvador, Janna J.

PLAINTIFFS WHO PAID PHYSICAL EXAMINATION AND HEALTH CLEARANCE FEES

EXHIBIT "5"

28. Sapiandante, Mila M.
29. Lozano, Nelia D.
30. Mateo, Marla F.
31. Molina, Elizabeth
32. Nabor, Celestina
33. Navida, Marichu
34. Pangan, Marita
35. Pangelinan, Teresita
36. Quipot, Mercia
37. Tapiador, Teresa
38. Teberio, Jessica
39. Villanueva, Maribel