## PLAINTIFFS WHO PAID EITHER PHYSICAL EXAMINATION OR HEALTH CLEARANCE FEES

1. Abellanosa, Joanna B.
2. Perfecto, Charito F.
3. Pomarejos, Gloria

EXHIBIT "6"