## PLAINTIFFS WITH STILL VALID HEALTH CLEARANCE CERTIFICATE USED BY L&T

1. Antatico, Nora T.
2. Apit, Loly L
3. Aquino, Russel
4. Aranda, Marlou C.
5. Asia, Angelita M.
6. Balcita, Amalia P.
7. Banguilan, Teresita D.
8. Bautista, Consolita T.
9. Bernardino, Eva G.
10. Cabanit, Anastacia A.
11. Carait, Ruby B.
12. Concepcion, Andrea M.
13. Cruz, Agnes A.
14. Cruz, Helen L.
15. Dela Cruz, Ma. Rosario R.
16. Delos Santos, Elena O.
17. Domine, Corazon A.
18. Gadiane, Marilyn J.
19. Gelera, Eireen C.
20. Hernandez, Wendelyn M.
21. Inopiquez, Rosalina A.
22. Ladia, Victoria T.
23. Lejano, Angel B.
24. Magnaye, Beatriz M.
25. Miranda, Amalia M
26. Nimo, Eulalia

Page 2

27. Nisperos, Jenita A.
28. Nueva, Maritess A.
29. Olermo, Ruby T.
30. Pascual, Myrna M.
31. Relevante, Adora Mae
32. Soriano, Marietta DLC
33. Tobias, Jocelyn L.
34. Valdoz, Sherowin C.

PLAINTIFFS WITH STILL VALID HEALTH CLEARANCE
CERTIFICATE USED BY L&T