COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS
DEPARTMENT OF LABOR AND IMMIGRATION
DIVISION OF LABOR
SAIPAN, NORTHERN MARIANA ISLANDS

### DIRECTOR OF LABOR ENDORSEMENT

1. JOB CLASSIFICATION: _____     NUMBER OF OPENINGS: _____
   Identification Certificate No. _____     through _____
   Agreement Number: _____ Issue Date: _____     Expiration Date: _____

2. JOB CLASSIFICATION: _____     NUMBER OF OPENINGS: _____
   Identification Certificate No. _____     through _____
   Agreement Number: _____ Issue Date: _____     Expiration Date: _____

3. JOB CLASSIFICATION: Hand Packager     NUMBER OF OPENINGS: 1
   Identification Certificate No. 123774     through _____
   Agreement Number: _____ Issue Date: _____     Expiration Date: 2/17/05

   5/21/4
   Date

   [signature]
   DIRECTOR OF LABOR

---

### APPLICATION TO EMPLOY NON-RESIDENT WORKER(S)
### AND
### EMPLOYER'S NON-RESIDENT WORKER AGREEMENT

BOND NO. CIC-_____

#### SECTION A – APPLICATION

1. Name of Employer: L & T International Corporation      Bus. License No. _____
2. Address: P.O. Box 501280, Saipan, MP 96950
3. Nature of Business: MANAGEMENT CONSULTING SERVICE
4. Principal place of employment:   __x__ Saipan   ____ Rota   ____ Tinian
5. Work Force, Housing & Business:

| | Last Calendar Year | This Year to Date |
|---|---|---|
| Number of Resident Workers: | | 50 |
| Number of Nonresident Workers: | | 557 |
| Number of Rooms Inspected and Approved: | | 79 |
| Business Gross Income: | SEVERAL MILLION | SEVERAL MILLION |

6. The Employer requires the services of nonresident worker(s) to be employed in the job classification or title and salary as stated below, commencing on or about _____

| Job Classification/Number | Rate of Pay | Period of Employment |
|---|---|---|
| Packager hand (6) | $3.05 / hour | one (1) year |

#### SECTION B – AGREEMENT

This Agreement is entered into by and between the Director of Labor and the Employer named in Section A above.

1. For and in consideration of being allowed to employ nonresident worker(s), the Employer agrees to the terms and conditions herein set forth by the Director as follows:

   A. To strictly adhere to the provisions of the Nonresident Worker's Act and amendments thereto, Wage and Hour Act and all other applicable Commonwealth laws, rules, regulations, the employment contract(s) and this agreement; and to procure copies of these laws.

   B. To hire and submit with this application a list of resident workers hired and to place on the payroll all resident workers within ten (10) working days of approval of this agreement for all new businesses unless a different date is specified by the Director and to ensure that the resident worker requirement is complied with at all times.

EXHIBIT "8"

C. To provide board, lodging, and transportation to resident workers recruited from the islands of Rota, Tinian, and the islands north of Saipan for jobs to be performed in Saipan under the same terms and conditions provided to nonresident workers. All other personnel benefits extended to nonresident workers shall be made applicable to resident workers, at their election. When resident workers elect not to take these benefits or monetary compensation of equivalent value, the Employer must keep and maintain records indicating such action by the resident workers.

D. To ensure that nonresident worker(s) to be employed in any job classifications or titles have the required minimum of two years experience in the occupational field for which the nonresident worker(s) is/are to be hired and such worker(s) shall not be permitted to work for any other employer or in any other job classification or title without the approval of the Director of Labor or be permitted to own any business or be engaged in any business activity. The Employer shall notify the Director of Labor in writing within ten (10) days of any changes I the principal place of employment of any nonresident worker.

E. Responsible for the repatriation and medical expenses, as well as all other expenses required by law of any nonresident worker to be employed or employed under this Agreement until the worker leaves the Commonwealth, except as modified by case law, or is transferred to another Employer.

F. That a minimum of forty (40) hours of work per week will be readily available at all times for the duration of the employment contract for any nonresident worker covered under this Agreement except when a work week is interrupted by recognized Commonwealth holidays, natural disasters, inclement weather and other circumstances which the Director, in his sole discretion, determines that the Employer's inability to provide forty (40) hours of work was beyond the control of the Employer or an exception is granted.

G. That upon approval of this Agreement by the Director or his designee, the Employer shall deliver to the Director a copy of the draft employment contract for his review containing, among other information, the occupational category or job title; term of employment; location of work; work schedule; duties and responsibilities; salary for regular and overtime compensation, and deductions for taxes (including Social Security, if applicable) and other facilities. Any contract entered into between the Employer and any nonresident worker shall be contingent upon approval by the Director or his designee.

H. That immediately after receiving notice that the employment contract has been approved, the Employer shall deliver to the Director a bond in accordance with Section II(B)(5) of the Alien Labor Rules and Regulations.

I. To maintain and keep complete and accurate records in English of all workers including workers covered under this Agreement and shall, upon demand, immediately present the same to the Director or his authorized representative all records required to be kept under the Nonresident Workers Act, Wage and Hour Act and rules and regulations.

J. To ensure that no employee occupies an employer-provided housing without first obtaining an inspection clearance or certificate of occupancy from the Director of Labor or his duly authorized designee an to further ensure that all housing facilities are maintained in a clean and sanitary condition and at all times be in compliance with all applicable housing standards.

K. That within nine (9) months of the date hereof, the Employer shall make a bona fide effort to locate qualified resident workers to replace any nonresident workers filling the positions mentioned above and shall advise the Director of Labor and Director of Employment Services in writing of efforts taken in locating qualified resident workers.

L. That any nonresident worker to be employed under this Agreement shall be utilized to train resident worker(s) and shall submit a report every _____ (_____) months to the Director of Employment Services regarding the training of resident worker(s).

M. Other special conditions: <u>Employer agrees to post all notices required to be posted by DL&I in conspicuous places at the factory and barracks and to translate accurately and completely all such notices including employment contract in languages spoken and understood by all workers.</u>

N. Consents to entry, without issuance of any warrant, by the Director of Labor, or his designees to any job site or housing of any nonresident worker covered under this Agreement for purposes of compliance monitoring, inspection, investigation, or enforcement of the nonresident workers act, the rules and regulations, the Employer's Nonresident Employment Agreement, the employment contract, and/or any applicable law of the Commonwealth.

Endorsement of this Agreement by the Director of Labor or his designee constitutes an agreement between the Director of Labor and the Employer and shall be binding on the parties herein, their successors and assigns.

IN WITNESS WHEREOF, the Employer affixes his/her name on the date indicated below.

02/06/2004

Date

JOAQUIN S. TORRES / HR Director