

**L&T**
Group of
Companies, Inc.

May 12, 2004

Ms. Joanna Abellanosa
Saipan, MP 96950

Dear Ms. Abellanosa:

SUBJECT:  **NOTICE OF TERMINATION**

It is with much regret that we inform you that your employment with the company is hereby terminated effective 10 days from receipt of this notice due to the on-going re-engineering and reduction in force due to economic necessity.

Please turn over any and all company properties in your possession including but not limited to reports and other documents to the undersigned and/or her designee on or before May 13, 2004

Should you have any questions about this notice, please feel free to discuss the same with the undersigned.

Sincerely,

**MA. LUISA DELA-CRUZ ERNEST**
*Human Resources Manager*

diskfileref/trm_ntc_122
/diver

EXHIBIT "10"

P.O. Box 501280, Saipan, Commonwealth of the Northern Mariana Islands, MP 96950
Telephone:  (670) 236-2143/2145; 322-9006/5451  ● Facsimile: (670) 322-9202/0893