... Holdings Corporation

JACK S. TORRES
Director of Human Resources

May 13, 2004

Dr. Joaquin Tenorio, Secretary of Labor
Mr. Dean Tenorio, Director of Labor
Department of Labor
2nd Floor, Afetna Square, San Antonio
Saipan, MP 96950

DEPARTMENT OF LABOR
OFFICE OF THE ...
RECEIVED
Date: 17 MAY 2004
Time: 9a  By: ...

Gentlemen:

RE: L&T International Corporation
**TERMINATION NOTICE - REDUCTION IN FORCE**

On June 26, 2003, we advised your office regarding our company-wide on-going re-engineering program and reduction in force due to economic necessity (please see attached letter). This review process has resulted in another round of headcount reductions at L&T International Corporation (L&T) and we would like to inform you that the employment of the following individuals were terminated which will take effect on *May 23, 2004*. Repatriation arrangements have been made for those employees who wish to leave within the next couple of weeks and for others who wish to take full advantage of the 45 days extended stay to look for another employer.

Please cancel processing of their work and entry permits and/or if their work and entry permits have been issued/released.

|    | NAME | LIIDS # | EXPIRY DATE | POSITION |
|---|---|---|---|---|
| 1 | Abellanosa, Joanna | 163744 | Mar. 16, 2004 | Packager, Hand |
| 2 | Alvarado, Marisa | 191970 | Feb. 23, 2004 | Packager, Hand |
| 3 | Antatico, Nora | 103763 | Feb. 27, 2004 | Packager, Hand |
| 4 | Apit, Loly | 281297 | Mar. 16, 2004 | Packager, Hand |
| 5 | Apostol, Leonida | 197127 | Feb. 23, 2004 | Packager, Hand |
| 6 | Aquino, Ma. Russel | 152323 | Mar. 18, 2004 | Packager, Hand |
| 7 | Aranda, Marlou | 126463 | Mar. 16, 2004 | Packager, Hand |
| 8 | Arcega, Precilla | 132486 | Mar. 09, 2004 | Packager, Hand |
| 9 | Asia, Angelita | 116393 | Mar. 09, 2004 | Packager, Hand |
| 10 | Baay, Cristina | 123519 | Mar. 04, 2004 | Packager, Hand |
| 11 | Balbido, Marissa | 121526 | Mar. 09, 2004 | Packager, Hand |
| 12 | Balcita, Amalia | 108449 | Mar. 16, 2004 | Packager, Hand |
| 13 | Balicha, Estelita | 155294 | Mar. 18, 2004 | Packager, Hand |
| 14 | Banaag, Evelyn | 157639 | Feb. 23, 2004 | Packager, Hand |
| 15 | Banguilan, Teresita | 117981 | Mar. 23, 2004 | Packager, Hand |
| 16 | Bantillo, Delma | 143374 | Feb. 24, 2004 | Packager, Hand |
| 17 | Basto, Zenaida | 103185 | Feb. 11, 2004 | Packager, Hand |
| 18 | Bautista, Consolita | 121374 | Mar. 09, 2004 | Packager, Hand |

P.O Box 501280
Lower Base
Saipan, MP 96950
Tel: (670) 322-5451
Fax: (670) 322-9202
DID: (670) 256-2143
Email: jack.torres@tanholdings.com

EXHIBIT "12"