| # | Name | ID | Date | Position |
|---|------|-----|------|----------|
| 19 | Bernardino, Eva | 154585 | Feb. 27, 2004 | Packager, Hand |
| 20 | Butic, Teresita | 137565 | Mar. 18, 2004 | Packager, Hand |
| 21 | Cabanit, Anastacia | 128709 | Feb. 23, 2004 | Packager, Hand |
| 22 | Capacite, Emerita | 173306 | Mar. 08, 2004 | Packager, Hand |
| 23 | Carait, Ruby | 107191 | Mar. 16, 2004 | Packager, Hand |
| 24 | Cava, Marita | 115313 | Mar. 09, 2004 | Packager, Hand |
| 25 | Chavez, Evangeline | 165345 | Apr. 22, 2004 | Packager, Hand |
| 26 | Concepcion, Andrea | 113804 | Mar. 09, 2004 | Packager, Hand |
| 27 | Contemplacion, Nelida | 128675 | Feb. 26, 2004 | Packager, Hand |
| 28 | Correa, Haide | 151260 | Feb. 23, 2004 | Packager, Hand |
| 29 | Cruz, Agnes | 177945 | Mar. 16, 2004 | Packager, Hand |
| 30 | Cruz, Helen | 280767 | Mar. 09, 2004 | Packager, Hand |
| 31 | Dela Cruz, Ma. Rosario | 205275 | Mar. 09, 2004 | Packager, Hand |
| 32 | Delos Santos, Elena | 135137 | Feb. 23, 2004 | Packager, Hand |
| 33 | Domine, Corazon | 103484 | Mar. 23, 2004 | Packager, Hand |
| 34 | Dugay, Nomielaida | 159068 | Mar. 16, 2004 | Packager, Hand |
| 35 | Espelarga, Jeffrey | 111747 | Mar. 03, 2004 | Packager, Hand |
| 36 | Fajarda, Amelita | 146235 | Feb. 24, 2004 | Packager, Hand |
| 37 | Gadiane, Marilyn | 196297 | Mar. 18, 2004 | Packager, Hand |
| 38 | Gases, Nenita | 128610 | Feb. 23, 2004 | Packager, Hand |
| 39 | Gelera, Eireen | 188757 | Mar. 23, 2004 | Packager, Hand |
| 40 | Gonzales, Guadalupe | 123774 | Feb. 11, 2004 | Packager, Hand |
| 41 | Hernandez, Wendeline | 151572 | Mar. 02, 2004 | Packager, Hand |
| 42 | Inopiquez, Rosalinda | 103193 | Mar. 09, 2004 | Packager, Hand |
| 43 | Ladia, Victoria | 111092 | Feb. 11, 2004 | Packager, Hand |
| 44 | Lejano, Angela | 152582 | Mar. 09, 2004 | Packager, Hand |
| 45 | Lozano, Nelia | 160161 | Mar. 18, 2004 | Packager, Hand |
| 46 | Maclang, Marideth | 154423 | Mar. 09, 2004 | Packager, Hand |
| 47 | Magalong, Josephine | 181481 | Mar. 09, 2004 | Packager, Hand |
| 48 | Magnaye, Ma. Beatriz | 115304 | Feb. 23, 2004 | Packager, Hand |
| 49 | Manzanilla, Edelita | 159160 | Feb. 27, 2004 | Packager, Hand |
| 50 | Mateo, Marla | 174817 | Feb. 18, 2004 | Packager, Hand |
| 51 | Mendoza, Belinda | 127382 | Mar. 23, 2004 | Packager, Hand |
| 52 | Miranda, Amalia | 205857 | Mar. 16, 2004 | Packager, Hand |
| 53 | Molina, Elizabeth | 150376 | Feb. 09, 2005 | Packager, Hand |
| 54 | Monsalud, Eva | 205179 | Mar. 09, 2004 | Packager, Hand |
| 55 | Nabor, Celestina | 141106 | Mar. 02, 2004 | Packager, Hand |
| 56 | Navida, Marichu | 193384 | Feb. 11, 2004 | Packager, Hand |
| 57 | Nimo, Eulalia | 120461 | Feb. 20, 2004 | Packager, Hand |
| 58 | Nipaya, Leonila | 146817 | Mar. 16, 2004 | Packager, Hand |
| 59 | Nisperos, Jenita | 200120 | Feb. 23, 2004 | Packager, Hand |
| 60 | Nueva, Marites | 127691 | Mar. 16, 2004 | Packager, Hand |
| 61 | Olermo, Ruby | 129393 | Feb. 23, 2004 | Packager, Hand |
| 62 | Pangan, Marita | 194864 | Feb. 09, 2004 | Packager, Hand |
| 63 | Pangelinan, Teresita | 143195 | Mar. 04, 2004 | Packager, Hand |
| 64 | Pascua, Dyna | 116446 | Feb. 23, 2004 | Packager, Hand |
| 65 | Pascual, Myrna | 111088 | Mar. 09, 2004 | Packager, Hand |
| 66 | Pelegrino, Adoracion | 197235 | Feb. 24, 2004 | Packager, Hand |
| 67 | Perfecto, Charito | 160280 | Mar. 09, 2004 | Packager, Hand |
| 68 | Pomarejos, Gloria | 112375 | Jan. 28, 2004 | Packager, Hand |
| 69 | Quipot, Mercia | 159256 | Mar. 02, 2004 | Packager, Hand |
| 70 | Relevante, Adora Mae | 156039 | Mar. 16, 2004 | Packager, Hand |
| 71 | Reyes, Amelia | 101788 | Feb. 23, 2004 | Packager, Hand |
| 72 | Salvador, Janna | 132066 | Mar. 09, 2004 | Packager, Hand |