| 73 | Sapiente, Mila | 164714 | Mar 09    04 | Package: Han |
| 74 | Soriano, Marietta | 183882 | Mar 16, 2004 | Package: Han |
| 75 | Tapiador, Teresa | 100220 | Mar 02, 2004 | Package: Han |
| 76 | Teberio, Jessica | 192359 | Feb 19, 2004 | Package: Han |
| 77 | Tobias, Jocelyn | 101942 | May 04, 2004 | Package: Han |
| 78 | Valdoz, Sherowin | 282581 | Feb. 27, 2004 | Package: Han |
| 79 | Villanueva, Maribel | 104315 | Feb 20, 2004 | Package: Han |

As always, thank you so much for your usual understanding and kind.

Sincerely yours,

MA. LUISA DELA CRUZ-ERNEST
*Human Resources Manager*

cc:  Philippine Consulate Office

Attached:  as stated
ref id letters\term ntc2Labor_rf
/dianne