JOE HILL
**HILL LAW OFFICES**
P.O. Box 500917
Saipan, MP 96950
Tel.: (670) 234-6806/7743
Fax: (670) 234-7753

Attorney for Plaintiffs-In-Intervention

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>L&T INTERNATIONAL CORPORATION, L&T GROUP OF COMPANIES, LTD., TAN HOLDINGS CORPORATION, TAN HOLDINGS OVERSEAS INCORPORATED, CONCORDE GARMENT MANUFACTURING CORPORATION, and DOES 1-5, Inclusive,<br><br>Defendants.<br><br>ABELLANOSA, JOANNA, ET AL.,<br><br>Plaintiffs-In-Intervention. | Case No. CV 07-0029<br><br>**AMENDED CERTIFICATE OF SERVICE** |

**I HEREBY** certify that on January 23, 2008, I filed and served copies of the Notice of Appearance, Notice and Motion for Leave to Intervene and the proposed Complaint-In-Intervention via e-filing/service on Attorney Steven P. Pixley, counsel for Defendants and on Greg McClinton, counsel for EEOC.

1

2   I further certify that on January 24, 2008, I served copies of the Notice of Appearance, Notice and Motion for Leave to Intervene and the proposed Complaint-In-Intervention on Attorney Colin M. Thompson, counsel for Defendants, by delivering copies thereof to an adult employee of Colin M. Thompson Law Office located at J.E. Tenorio Building, PMB 917 Box 10001, Saipan, Mariana Islands 96950.

**DATED** this 25th day of January, 2008.

_____
Yang, Li