Steven P. Pixley, Esq.
Attorney at Law
Second Floor, CIC Centre
Beach Road, Garapan
Post Office Box 7757 SVRB
Saipan, M.P. 96950
Telephone: (670) 233-2898/5175
Facsimile: (670) 233-4716

*Attorney for Defendants Tan Holdings Corporation, Tan Holdings Overseas Incorporated and Concorde Garment Manufacturing Corporation*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>-vs-<br><br>L&T INTERNATIONAL CORPORATION; L&T GROUP OF COMPANIES, LTD.; TAN HOLDINGS CORPORATION; TAN HOLDINGS OVERSEAS INCORPORATED; CONCORDE GARMENT MANUFACTURING CORPORATION; and DOES 1-5, Inclusive,<br><br>Defendants. | Civil Action No. 07-0029<br><br>DEFENDANTS' STATEMENT OF NO OPPOSITION TO MOTION TO INTERVENE<br><br>Date : February 21, 2008<br>Time : 9:00 a.m.<br>Judge : Hon. Alex R. Munson |

Tan Holdings Corporation, Tan Holdings Overseas, Incorporated and Concorde Garment Manufacturing Corporation, through undersigned counsel, pursuant to Local Rule 7.1 (2) hereby respectfully file this Statement of No Opposition to the Motion to Intervene filed in this civil action on January 23, 2008.

Dated this 1st day of February, 2008.

/s/ STEVEN P. PIXLEY
Attorney at Law