Colin M. Thompson, Esq.
Thompson Law Office, LLC
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Defendants, L&T International Corporation
and L&T Group of Companies, Ltd..*

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) )<br>) <br>Plaintiff, )<br>)<br>vs. )<br>)<br>L&T INTERNATIONAL CORPORATION; )<br>L&T GROUP OF COMPANIES, LTD., TAN )<br>HOLDINGS CORPORATION; TAN )<br>HOLDINGS OVERSEAS INCORPORATED; )<br>CONCORDE GARMENT MANUFACTURING )<br>CORPORATION; and DOES 1-5 )<br>Inclusive, )<br>)<br>Defendants. )<br>) | Civil Action No. 07-0029<br><br>**DEFENDANT STATEMENT OF NON OPPOSITION TO MOTION TO INTERVENE** |

L&T International Corporation and L&T Group of Companies, through undersigned counsel, pursuant to Local Rule 7.1 (2) hereby respectfully file this Statement of Non Opposition to the Motion to Intervene filed in this civil action on January 23, 2008.

Dated this 1st day of February, 2008.

/s/
**COLIN M. THOMPSON, ESQ.**
Attorney at Law