Anna Y. Park, CA SBN 164242
Gregory L. McClinton, CA SBN 153553
Thomas S. Lepak, CA SBN 245649
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1032
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>L&T INTERNATIONAL CORPORATION; L&T GROUP OF COMPANIES, LTD et al.<br>Defendant(s). | Case No.: CV-07-0029<br><br>PLAINTIFF'S STATEMENT OF NO OPPOSITION TO MOTION TO INTERVENE BY PLAINTIFF-INTERVENOR ABELLANOSA, ET AL.<br><br>Date: February 21, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

Pursuant to Local Rule 7.1(2), Plaintiff United States Equal Employment Opportunity Commission through the undersigned counsel hereby respectfully file

///

///

-1-

1 this Statement of No Opposition to the Motion to Intervene filed in this civil action
2 by Plaintiff-Intervenor Abellanosa, et al., on January 23, 2008.

Respectfully submitted,

          U.S. EQUAL EMPLOYMENT
          OPPORTUNITY COMMISSION
          Anna Y. Park
          Gregory L. McClinton
          Thomas S. Lepak

Date: 02/11/2008        By:   /s/ Gregory L. McClinton
                                                Gregory L. McClinton
                                                Senior Trial Attorney
                                                Attorneys for Plaintiff