F I L E D
Clerk
District Court

FEB 2 0 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action No. 07-0029 |
| Plaintiff, | |
| v. | ORDER GRANTING LEAVE TO INTERVENE |
| L&T INTERNATIONAL CORP., et al., | |
| Defendants. | |

NOW BEFORE the court is Plaintiffs-in-Intervention's Motion for Leave to Intervene pursuant to Federal Rules of Civil Procedure 24. Defendants and Plaintiff have filed Statements of Non-Opposition to the Motion to Intervene. Accordingly, the Court hereby GRANTS the motion. The hearing scheduled for February 21, 2008 at 9:00 a.m. is hereby taken off calendar.

**IT IS SO ORDERED.**

Dated:        February 20, 2008

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)