F I L E D
Clerk
District Court

FEB 20 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>L&T INTERNATIONAL CORP., et al.,<br><br>Defendants. | Civil Action No. 07-0029<br><br>ORDER RE THE COMPLAINT OF PLAINTIFFS-IN-INTERVENTION |

Based upon the parties' stipulation to the Motion to Intervene, the Plaintiffs-in-Intervention's Complaint is deemed filed and served on the date of this order.

**IT IS SO ORDERED.**

Dated:          February 20, 2008

_____
ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE