Anna Y. Park, CA SBN 164242
Gregory L. McClinton, CA SBN 153553
Thomas S. Lepak, CA SBN 245649
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
300 Ala Moana Blvd., RM 7-127
Honolulu, Hi 96850
Telephone:  (808) 541-3122
Facsimile:  (213) 541-3390
E-Mail:  lado.legal@eeoc.gov

Joe Hill
Hill Law Offices
P.O. Box 500917
Saipan, MP 96950
Telephone:  (670) 234-6806
Facsimile:  (670) 234-7753

Steven P. Pixley, Esq.
2nd Floor CIC Centre, Beach Road
Garapan, P.O. Box 7757 SVRB
Saipan, MP 96950
Telephone:  (670)233-2898
Facsimile:  (670) 233-4716
E-Mail:  sppixley@aol.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>L&T INTERNATIONAL CORPORATION et al.,<br><br>Defendant(s).<br><br>ABELLANOSA, JOANNA, et. al.,<br><br>Plaintiffs in Intervention. | Case No.:  CV-07-0029<br><br>JOINT STIPULATION REGARDING STAY OF DISCOVERY AND APPLICATION TO AMEND SCHEDULING ORDER<br><br>Current Discovery Cut Off: 8-25-2008<br><br>Proposed Discovery Cut Off:<br><br>**Hon. Alex R. Munson** |

TO THE JUDGE OF THE UNITED STATES DISTRICT COURT:

Defendants Tan Holdings Corporation, L&T Group of Companies, L&T International Corporation, Tan Holdings Overseas Incorporation, Concorde Garment Manufacturing Corporation, Micro Pacific Inc., and Seasonal Incorporated, collectively "L&T"), plaintiff United States Equal Employment Opportunity Commission ("EEOC"), and Plaintiff In Intervention ("Plaintiff in Intervention") through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the parties have agreed to mediation of this instant matter and all related case CV 06-0031 and the EEOC's twenty-eight (28) pending charges against Tan Holdings Incorporation and its related entities in order to reach a final resolution.    The parties in a concurrently filed stipulation are also requests a stay in discovery in separate filed Case CV 06-0031 (EEOC v. L&T).    The Parties ask this Court to exercise its discretion, for good cause to stay discovery and amend the current Scheduling Order;

WHEREAS, L&T and the EEOC have been diligently litigating this matter, conducting extensive discovery over the past several months moving this matter to trial;

WHEREAS, the current discovery cut off date of September 1, 2008 will not provide any of the Parties with adequate time to conduct mediation in connection

with the claims set forth in the "Complaint ".  In addition a stay in this matter will save both the government and defendant significant travel and litigation cost associated with continued discovery in this matter.

WHEREAS, the parties have agreed to mediate this instant matter and all related matters the week of August 4, 2008 in Saipan, Los Angeles or Hawaii.

WHEREAS, in order to accommodate counsels' commitments, previously scheduled vacations, the mediator's schedule and the distant between California and Saipan, the Parties request that stayed until August 29, 2008

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between L&T and the EEOC that:

Subject, to this Court's approval, the discovery be stayed until August 29, 2008.  That the discovery cut off be extended, from September 1, 2008 to December 31, 2008 and all corresponding dates shall be correspondingly extended consistent with the Proposed Order, filed concurrently with this Application.

Respectfully Submitted By:

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Anna Y. Park
Gregory L. McClinton
Thomas S. Lepak

Date: June 23, 2008            /s/ Gregory L. McClinton___
Gregory L. McClinton
Senior Trial Attorney
Attorneys for Plaintiff

1

/s/ Steven P. Pixley_____
Steven P. Pixley, Esquire
Attorney for Defendants

2

3

/s/ Joe Hill,_____
Attorney for Plaintiffs in Intervention

4

5

6 ///
7 ///
8 ///
///
9 ///
10 ///
///
11 ///
12 ///
///
13 ///
14 ///
15 ///
///
16 ///
17 ///
///
18 ///
19 ///
20 ///
///
21 ///
22 ///
///
23 ///
24 ///
///
25 ///
///
26 ///
27 ///

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF MAILING**

I am, and was at the time the herein mentioned delivery took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission, Honolulu Local Office.

My business address is Equal Employment Opportunity Commission, 300 Ala Moana Boulevard, Room 7-127, Honolulu, Hawaii 50082

On the date that this declaration was executed, as shown below, I served the foregoing  JOINT STIPULATION REGARDING STAY OF DISCOVERY AND APPLICATION TO AMEND SCHEDULING ORDER via e-mail/FAX and via regular mail with postage therein fully prepaid, at Honolulu, State of Hawaii, in envelopes addressed as follows:

Mr. Colin M. Thompson, Esquire          Mr. Steven P. Pixley, Esquire
LAW OFFICES OF COLIN M. THOMPSON   2nd Floor, CIC Centre
J.E. Tenorio Building                            Garapan, Beach Road
PMB 917 Box 10001                             Saipan, Mariana Islands 96950
Saipan, Mariana Islands, 96950             sppixley@aol.com
Colin.thompson@saipan.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2008 at Honolulu, Hawaii


_____/S/_____
Wilma M. De Guzman
HLO-Legal Tech