# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) Case No.:  CV-07-0029 |
| Plaintiff, | ) **[PROPOSED] ORDER FOR STAY** |
| vs. | ) **OF DISCOVERY AND ORDER** |
| | ) **AMENDING SCHEDULING** |
| L&T INTERNATIONAL CORPORATION et al., | ) **ORDER;** |
| Defendant(s). | ) |
| And | ) **Hon. Alex R. Munson** |
| Abellanosa, Joanna, et al., | ) |
| Plaintiffs in Intervention. | ) |

The Court having considered the Joint Stipulation to Stay Discovery and Request for New Scheduling Order filed by defendants L&T Incorporated et al., plaintiff Equal Employment Opportunity Commission (the "EEOC"), and Plaintiff in Intervention ("Plaintiff in Intervention') the Court finds that the Application is meritorious and that good cause exists to Stay Discovery and amend the current Scheduling Order in this matter.

IT IS SO ORDERED that Discovery is stayed until August 29, 2008 and the Scheduling Order is amended as follows:

| Matter | Time | Weeks before Trial | Court Order |
|---|---|---|---|
| Trial | 9:00 a.m. | | June 29, 2009 |
| Final Pretrial Conference | 9:30 a.m. | -4 | June 2, 2009 |

| | | | |
|---|---|---|---|
| Joint Pretrial Order (Local Rule 16.2CJ.e.9 | | -5 | May 26, 2009 |
| Settlement Conference | 9:00 a.m. | -9 | April 28, 2009 |
| Depositive Motions Hearing pursuant to Local Rule 7.1 | 9:30 p.m. | -11 | April 14, 2009 |
| Status Conference | 9:00 a.m. | | December 16, 2008 |
| Expert Discovery shall be completed by: | | | January 30, 2009 |
| Expert Disclosure by: | | | December 12, 2009 |
| All Discovery Motions shall be filed and heard before: | | | February 20, 2009 |
| All Discovery Served By: | | | December 31, 2008 |

By: _____
　　　Hon. Alex R. Munson
　　　U.S. District Court Judge