F I L E D
Clerk
District Court

JUN 2 6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff<br><br>v.<br><br>L&T INTERNATIONAL CORPORATION; *et al.*,<br><br>Defendants<br><br>and<br><br>ABELLANOSA, Joanna, *et al.*,<br><br>Plaintiffs in Intervention | Civil Action No. 07-0029<br><br><br><br>ORDER STAYING DISCOVERY |

AO 72
(Rev. 08/82)

PURSUANT TO the stipulation of the parties to stay discovery until August 29, 2008, pending efforts to mediate civil actions involving plaintiff and defendants L&T International Corporation, *et al.*, and good cause thereby appearing; NOW THEREFORE,

IT IS ORDERED that discovery in this matter shall be stayed until August 29, 2008.

Further amendments to the court's case management scheduling order of February 25, 2008, may be made upon motion of the parties after August 29, 2008.

DATED this 26th day of June, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)

2