```
                                                          FILED
                                                           Clerk
                                                       District Court
         UNITED STATES DISTRICT COURT
                  FOR THE                              JUL - 1 2008
            NORTHERN MARIANA ISLANDS
                                                   For The Northern Mariana Islands
                                                   By_____
                                                          (Deputy Clerk)
```

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action No. 07-0029 |
|---|---|
| Plaintiff, | |
| vs. | Order Rescheduling Status/Settlement Conference |
| L&T INTERNATIONAL CORPORATION; L&T GROUP OF COMPANIES, LTD., et. al., | |
| Defendants. | |

| Anna v. Park, Esq. | Collin M. Thompson | Steven P. Pixley |
|---|---|---|
| EEOC | Attorney at Law | Attorney at Law |
| Los Angeles Office | PMB 917, Box 1000 | P.O. Box 501280 |
| 255 E. Temple, 4th Floor | Saipan, MP 96950 | Saipan, MP 96950 |
| Los Angeles, Ca 90012 | | |

The Status/Settlement Conference in this case scheduled for Thursday, July 10, 2008, at 9:00 a.m., is rescheduled to 8:30 a.m., on the same date.

IT IS SO ORDERED.

DATED THIS 1st day of July, 2008.

*/s/ Alex R. Munson*

Judge Alex R. Munson

AO 72
(Rev. 08/82)