Anna Y. Park, CA SBN 164242
Gregory L. McClinton, CA SBN 153553
Thomas S. Lepak, CA SBN 245649
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1032
Facsimile:  (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.:  CV-07-0029 |
| Plaintiff, | |
| vs. | **MOTION REQUESTING FOR TELEPHONIC PARTICIPATION BY U. S. EEOC COUNSEL, GREGORY McCLINTON** |
| L&T INTERNATIONAL CORPORATION et al., | |
| Defendant(s). | |
| ABELLANOSA, JOANNA, et. al., | |
| Plaintiffs in Intervention. | Date: July10, 2008<br>Time: 8:30 A.M.<br>Hon. Alex R. Munson |

Pursuant to LR 16.2CJ(2)(1)(a), Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") submits this Motion to allow Gregory McClinton, counsel for EEOC,  to participate via telephone in the Settlement

Conference set for July 22, 2008 at 8:30 A.M.  Attorney doesn't reside in Saipan. EEOC makes this request in an attempt to save the attorney's time and to save EEOC both time and money.    At 8:30 A.M. on Thursday, July 10, 2008 (Wednesday, July 9, 12:30 P.M. HIT), Mr. Gregory McClinton will be available at (808) 541-3122.

The attorney thanks the Court for accepting such requests.


Respectfully Submitted By:

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Anna Y. Park
Gregory L. McClinton
Thomas S. Lepak

Date: July 3 2008                               /s/
Gregory L. McClinton
Senior Trial Attorney
Attorney for Plaintiff

///

///

///

///

///

///

///

///

///

///

PROOF OF SERVICE VIA ELECTRONIC FILING SYSTEM

I am, and was at the time the herein mentioned delivery took place, a citizen of the United States, over the age of eighteen (18) years and not a party to the above-entitled cause.

I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission, Honolulu Local Office.

My business address is Equal Employment Opportunity Commission, 300 Ala Moana Boulevard, Room 7-127, Honolulu, Hawaii 96850.

On the date that this declaration was executed, as shown below, I served the foregoing MOTION REQUESTING TELEPHONIC PARTICIPATION BY EEOC COUNSEL, GREGORY McCLINTON via e-mail/FAX and via regular mail with postage therein fully prepaid, at Honolulu, State of Hawaii, in envelopes addressed as follows:

Mr. Colin M. Thompson, Esquire
LAW OFFICES OF COLIN M. THOMPSON
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Colin.thompson@saipan.com

Mr. Steven P. Pixley, Esquire
2nd Floor, CIC Centre
Garapan, Beach Road
Saipan, Mariana Islands, 96950

1

sppixley@aol.com

2

Joe Hill

3

Hill Law Offices
P.O. Box 500917

4

Saipan, MP 96950

5

I declare under penalty of perjury that the foregoing is true and correct.

6

7

Executed on July 3, 2008 at Honolulu, Hawaii.

8

9

10

_____/S/_____

Wilma M. DeGuzman

11

Legal Technician

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28