FILED
Clerk
District Court

JUL -3 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff <br><br> v. <br><br> L&T INTERNATIONAL CORPORATION; *et al.*, <br><br> Defendants <br><br> and <br><br> ABELLANOSA, Joanna, *et al.*, <br><br> Plaintiffs in Intervention | Civil Action No. 07-0029 <br><br> ORDER TAKING JULY 10, 2008, STATUS/SETTLEMENT CONFERENCE OFF-CALENDAR <br> and <br> DENYING AS MOOT REQUEST TO APPEAR BY TELEPHONE <br> and <br> DIRECTING THE PARTIES TO ADVISE THE COURT IF MEDIATION HAS BEEN SCHEDULED |

AO 72
(Rev. 08/82)

Because the parties are working towards an agreement to attempt to resolve this and related matters through mediation, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that the status/settlement conference set for July 10, 2008, be and hereby is taken off-calendar; and,

IT IS FURTHER ORDERED that all requests to appear by telephone are denied as moot; and,

IT IS FURTHER ORDERED that the parties, or each of them, shall supply to the court by 3:30 p.m., Tuesday, July 22, 2008, a written letter advising the court if their attempts to schedule a mediation were successful.

*/s/ Alex R. Munson*

ALEX R. MUNSON
Judge