F I L E D
Clerk
District Court

JUL 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff ) ) v. ) ) L&T INTERNATIONAL CORPO- ) RATION; *et al.*, ) ) Defendants ) ) | Civil Action No. 07-0029 ORDER SETTING SETTLEMENT CONFERENCE |

At the written request of the parties due to the failure of efforts to schedule and conduct mediation,

IT IS ORDERED that a settlement conference in this matter and also Civil No. 06-0031 be and hereby is set for **Friday, September 5, 2008, at 10:00 a.m.**

DATED this 22nd day of July, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)